IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | * |
| | * |
| | *   Case No: 17-00652 |
| CLIFFORD B. JANEY | * |
| | *   Chapter 13 |
| Debtor | * |

* * * * * * * *

**RESPONSE TO MOTION FOR ORDER TO
<u>JUSTIFY AND DISGORGE ATTORNEY FEES</u>**

The Law Offices of Richard B. Rosenblatt, files this Response to Motion for Order to Justify and Disgorge Attorney Fees, and requests that the Trustee's Motion be denied, and for reasons states as follows:

1. On November 22, 2017, your undersigned counsel filed a Chapter 13 bankruptcy case on behalf of the Debtor.

2. Your undersigned counsel was retained immediately prior to the pending foreclosure sale.

3. By filing the Chapter 13 case, the foreclosure sale was stayed and did not occur.

4. Since the date of filing and despite numerous efforts by your undersigned counsel and others at the firm, our law firm has been unable to reach the Debtor or his wife regarding the pending case.

5. Efforts have been made to contact the Debtor and his wife by all known telephone numbers and e-mail addresses.

6. The Debtor was advised of the requirements regarding Chapter 13, including the requirement to file Schedules and a Statement of Financial Affairs.  Despite discussions regarding this matter, the Debtor failed to communicate further with your undersigned counsel's

office regarding filing the required documents.

7. The Debtor was also advised regarding the potential that the case may need to be converted to Chapter 11 depending on the amount of any secured claims against the residence. The Debtor failed to provide counsel's law firm with further information regarding this matter.

8. The Debtor benefitted by the filing of the bankruptcy case since the foreclosure sale on the Debtor's property was postponed.

9. Since the Debtor retained your undersigned counsel just prior to the foreclosure sale, and it was unclear as to the amount of work that would be involved in the case, your undersigned counsel charged only two thousand dollars ($2,000.00) with the option of filing fee applications for work exceeding the initial payment.

10. Your undersigned counsel was extremely diligent in the handling of this case. There were numerous efforts to reach out to the Debtor and his wife regarding the pending bankruptcy matter. Your undersigned counsel was unable to speak with the Debtor or his wife since the filing of the bankruptcy Petition as they did not respond to numerous phone calls and e-mails.

11. Your undersigned counsel also reviewed various documents and checked the land records regarding claims against the property. The Debtor and his wife were also advised of options regarding protection of the equity in the house, including, but not limited to a house sale plan.

12. Your undersigned counsel should not be penalized by the Debtor's failure to respond to efforts from your undersigned counsel to communicate regarding the status of the case and options available to them as the case progressed.

WHEREFORE, for the reasons set forth above, your undersigned counsel requests that the Chapter 13 Trustee's Motion be denied and for such other and further relief as is just.

          Respectfully submitted,

          /s/ Richard B. Rosenblatt
          Richard B. Rosenblatt, Fed. Bar No.04678
          **The Law Offices of Richard B. Rosenblatt, PC**
          30 Courthouse Square, Suite 302
          Rockville, Maryland 20852
          (301) 340-8200
          Rrosenblatt@rosenblattlaw.com

          *Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 8th day of March, 2018 a copy of the foregoing Response to Motion for Order to Justify and Disgorge Attorney Fees was served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com

Bradley David Jones Office of the U.S. Trustee
115 South Union Street Plaza Level
Suite 210.
Alexandria, VA 22314
bradley.d.jones@usdoj.gov

U. S. Trustee for Region Four -
USTPRegion04.DC.ECF@USDOJ.GOV

and by first class mail, postage pre paid on:

Clifford B. Janey
2212 Massachusetts Avenue
Washington, DC 20008-2812

                                                /s/ Richard B. Rosenblatt
                                                Richard B. Rosenblatt, Fed. Bar No #6631