IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No: 18-00246 |
| CLIFFORD B. JANEY | | Chapter 13 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \*

## OPPOSITION TO MOTION TO DISMISS CASE

Clifford Janey, the Debtor (the "Debtor"), by and through undersigned counsel, files this Opposition to Motion to Dismiss Case filed by the Chapter 13 Trustee, and in support thereof states as follows:

1. Contemporaneously with the filing of this Opposition, the Debtor has filed a Motion to Convert Case to Chapter 11. The Debtor incorporates by reference the arguments in the Motion to Convert.

2. The Debtor has the ability to reorganize his affairs. He agrees with the Chapter 13 Trustee that he can not do so in this Chapter 13 case. Therefore, he asks that his case be converted.

3. Additionally, the Debtor will not be required to make monthly payments to the Trustee upon conversion. The secured creditors are adequately protected by an equity cushion in the real property owned by the Debtor. Further, the Debtor will not need to provide all of the requested documents and will have other requirements under Chapter 11 to fulfill.

4. Moreover, there has been no delay that is prejudicial to creditors. The case has not been pending that long and the Debtor believes he will be able to pay his creditors in full in the Chapter 11 case from the sale of the real property in Washington, D.C. Further, the delay in

conversion was caused by the lack of available funds. The Debtor was only recently able to obtain funds from his retirement account to complete payment of the ten thousand dollar ($10,000.00) Chapter 11 retainer despite anticipating the payment required for the Chapter 11 retainer would occur sooner.

## Conclusion

For the foregoing reasons and the reasons stated in the Debtor's Motion to Convert Case to Chapter, the Debtor respectfully requests that this Court enter an Order that denies the Motion to Dismiss Case and grants such other and further relief as justice and equity demand.

Respectfully Submitted,

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt,#04678
Linda M. Dorney
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, MD 20850
(301) 838-0098
rrosenblatt@rosenblattlaw.com

*Counsel for Clifford Janey*

## Certificate of Service

I HEREBY CERTIFY that on the 19th day of June, 2018, a copy of the foregoing, Opposition to Motion to Dismiss, was served via ECF on all parties authorized to accept service listed below:

Nancy Spencer Grigsby
185 Admiral Cochrane Drive, Suite 240
Annapolis, Maryland 21401

\s\ Richard B. Rosenblatt
Richard B. Rosenblatt

2